UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VITAL ANICETTE,

    Petitioner,

v.                          Case No.: 2:19-cv-339-FtM-38MRM

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

This matter comes before the Court on review of the file. Petitioner Vital Anicette has filed a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus. (Doc. 1). However, this matter will be transferred to the visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge for the District of Minnesota, to handle all motions (pending and future).

Accordingly, it is

**ORDERED:**

The Clerk is directed to **REASSIGN** the above-captioned case to the Honorable Paul A. Magnuson and **TRANSFER** all deadlines to his calendar.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of March 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record